# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER,<br><br>    Plaintiff,<br><br>    v.<br><br>S & E 786 ENTERPRISE, LLC, a California Limited Liability Company; and DOES 1-10,<br><br>    Defendants. | Case No.: 2:20-cv-06383-SVW-PVC<br><br>Hon. Stephen V. Wilson<br><br>**ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT** |

The Court, having read and considered all moving and opposition papers, and having heard any oral arguments in support of, and in opposition to, Plaintiff's Motion For Leave to File a First Amended Complaint, and finding good cause therefore, hereby grants Plaintiff's Motion and orders as follows:

///

///

///

[PROPOSED] ORDER GRANTING LEAVE TO FILE FAC

Plaintiff is granted leave to amend his complaint as requested, and, accordingly, to file the First Amended Complaint submitted as Exhibit 1 in support of the Motion.

**IT IS SO ORDERED.**

Date: November 30, 2020              By: _____
                                    Honorable Stephen V. Wilson
                                    United States District Court Judge

Submitted By:
THE LAW OFFICE OF HAKIMI & SHAHRIARI
Anoush Hakimi (State Bar No. 228858)
anoush@handslawgroup.com
Peter Shahriari (State Bar No. 237074)
peter@handslawgroup.com
1800 Vine Street
Los Angeles, California 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff,
James Shayler