Anoush Hakimi (State Bar No. 228858)
*anoush@handslawgroup.com*
Peter Shahriari (State Bar No. 237074)
*peter@handslawgroup.com*
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff,
**JAMES SHAYLER**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Shayler,<br><br>   Plaintiff,<br><br>   v.<br><br>S & E 786 Enterprise, LLC, a California Limited Liability Company; and Does 1-10,<br><br>   Defendants. | Case No.: 2:20-cv-06383-SVW-PVC<br><br>Hon. Stephen V. Wilson<br><br>**DECLARATION OF MARC FRIEDLANDER IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  January 4, 2021<br>Time:  1:30 p.m.<br>Courtroom:  10A |

DECLARATION OF MARC FRIEDLANDER ISO PLAINTIFF'S MSJ

# DECLARATION OF MARC FRIEDLANDER

I, Marc Friedlander, declare as follows:

1. I, the undersigned, am an investigator. I was hired by The Law Office of Hakimi & Shahriari ("the firm") to conduct investigations in this case. Based upon my own experience and knowledge, I can competently testify to the following:

2. The firm requested that I inspect the property located at 3300 S. La Cienega Blvd., Los Angeles, California 90016 (the "Property"), including the Chevron gas station and Chevron Food Mart located thereon.

3. On October 21, 2020, I went to the Property and conducted a thorough inspection. I found that multiple barriers to access (i.e., conditions in violation of the Americans with Disabilities Act and/or Unruh Civil Rights Act) existed. I took photos of those conditions (barriers) and provided them to the firm.

4. Filed concurrently herewith, as Plaintiff's Exhibits 1-11, are true and correct copies of the photos I took of the Property on October 21, 2020, which reflect the barriers and/or conditions I observed that day, and outline below.

5. It was apparent that there is no accessible route linking the public sidewalks to the Chevron Food Mart building entrance because the pavement is cracked and damaged. P's Exh. 1.

6. I noted that there are various items, including crates, a bicycle, a broom, bags, and a white pole, obscuring the route from the access aisle (adjacent to the designated disabled parking space) to the entrance of the Chevron Food Mart building. P's Exh. 2.

7. I observed that the route of travel to the air/water machine has slopes exceeding 5%, including slopes as high as 6.8%. P's Exh. 3.

8. I observed that the ground in front of the air/water machine is not level and has slopes exceeding 2%, including slopes as high as 6.8%. P's Exh. 4.

9. I observed that the designated disabled parking space has slopes exceeding 2%, including slopes as high as 3.5%. P's Exh. 5.

10. Given that there is only one designated disabled parking space on the Property, and that parking space contains improper slopes, Defendant is not providing the minimum number of accessible designated disabled parking spaces required. P's Exhs. 5, 6.

11. I observed that the access aisle adjacent to the designated disabled parking space has slopes exceeding 2%, including slopes as high as 6.4%. P's Exh. 7.

12. I observed that the access aisle adjacent to the designated disabled parking space has abrupt changes in level exceeding one-half inch (1/2"), including a hole in the ground exceeding one inch (1"). P's Exh. 8.

13. I observed that there are non-compliant conditions in and around the Chevron Food Mart as well.

14. The mats inside and outside of the Chevron Food Mart are not secured, which can easily cause buckling and rolling. P's Exh. 9.

15. The interior of the Chevron Food Mart does not have clear floor space of thirty-two inches (32") throughout, including because product displays extend into the aisle. P's Exh. 10.

16. The grab bar on the wall next to the toilet is positioned more than thirty-three inches (33") above the floor. P's Exh. 11. The grab bar is positioned thirty-six inches (36") above the floor. *Id.*

I declare under the penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: November 28, 2020

_____
Marc Friedlander