1  Anoush Hakimi (State Bar No. 228858)
2  anoush@handslawgroup.com
   Peter Shahriari (State Bar No. 237074)
3  peter@handslawgroup.com
4  **THE LAW OFFICE OF HAKIMI & SHAHRIARI**
   1800 Vine Street
5  Los Angeles, CA 90028
6  Telephone: (888) 635-2250
7  Facsimile: (213) 402-2170

8  Attorneys for Plaintiff,
9  **JAMES SHAYLER**

10
11              UNITED STATES DISTRICT COURT
12              CENTRAL DISTRICT OF CALIFORNIA
13

| James Shayler, | Case No.: 2:20-cv-06383-SVW-PVC |
|---|---|
| Plaintiff, | Hon. Stephen V. Wilson |
| v. | |
| S & E 786 Enterprise, LLC, a California Limited Liability Company; and Does 1-10, | **PRETRIAL DISCLOSURES** |
| | Pretrial Conference: January 13, 2021 |
| | Time: 3:00 p.m. |
| Defendants. | Complaint Filed: July 17, 2020 |
| | Trial Date: January 19, 2021 |

1                         Case No. 2:20-cv-06383-SVW-PVC

PRETRIAL DISCLOSURES

Pursuant to FRCP 26(a)(3) and Local Rules 16-2.3 and 16-2.4, plaintiff, James Shayler ("Plaintiff") hereby submits his Pretrial Disclosures. Investigation is ongoing and Plaintiff reserves the right to revise, withdraw, amend, modify and/or supplement these disclosures should new information become available.

**1.      WITNESSES PLAINTIFF EXPECTS TO PRESENT**

James Shayler – 3107 Summertime Lane, Culver City, CA 90230 – (310) 951-7351

Marc Friedlander – 15701 Sherman Way, Van Nuys, CA 91406 – (323) 477-5901

Jafar Rashid – 3300 S. La Cienega Blvd., Los Angeles, CA 90016 – Telephone Number Unknown

**2.      WITNESSES PLAINTIFF EXPECTS TO PRESENT BY DEPOSITION**

None at this time.

**3      EXHIBITS PLAINTIFF EXPECTS TO OFFER**

- Plaintiff's Complaint;
- Defendant's Answer;
- Plaintiff's First Amended Complaint;
- Photographs of the Property, taken by Marc Friedlander on October 21, 2020;

- Copy of Plaintiff's Disability parking placard;

- Copy of Plaintiff's redacted medical record;

- Copy of the Property Deed;

- Copy of the Articles of Organization of a Limited Liability Company for S & E 896 Enterprise, LLC filed March 26, 2014 with the Secretary of State of the State of California;

- Copy of the Statement of Information (Limited Liability Company) for S & E 896 Enterprise, LLC filed May 3, 2016 with the Secretary of State of the State of California; and

- Copy of the Secretary of State Statement of No Change (Limited Liability Company) for S & E 896 Enterprise, LLC filed November 14, 2019 with the Secretary of State of the State of California.

Plaintiff reserves the right to revise, withdraw and/or to supplement these Pretrial Disclosures as necessary, and produce additional witness and exhibits that may be relevant to this case as they become known during the course of this litigation and as permitted by Fed.R.Civ.P. 26(e).

| | | |
|---|---|---|
| Dated: January 4, 2021 | | THE LAW OFFICE OF HAKIMI & SHAHRIARI |
| | By: | /s/ Anoush Hakimi |
| | | Anoush Hakimi, Esq. |
| | | Attorneys for Plaintiff, James Shayler |