Anoush Hakimi (State Bar No. 228858)
anoush@handslawgroup.com
Peter Shahriari (State Bar No. 237074)
peter@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff,
**JAMES SHAYLER**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Shayler,<br><br>      Plaintiff,<br><br>  v.<br><br>S & E 786 Enterprise, LLC, a California Limited Liability Company; and Does 1-10,<br><br>      Defendants. | Case No.: 2:20-cv-06383-SVW-PVC<br><br>Hon. Stephen V. Wilson<br><br>**PRETRIAL EXHIBIT STIPULATION**<br><br>Pretrial Conference: January 13, 2021<br>Time: 3:00 p.m.<br><br>Complaint Filed: July 17, 2020<br>Trial Date: January 19, 2021 |

Plaintiff, James Shayler, pursuant to U.S.D.C. Central District L.R. 16-6, hereby submits the below list of exhibits which may be produced at trial in the above-entitled action. Defendant has not contributed any information or documents to the required pretrial filings, or attempted to participate in their preparation in any manner whatsoever. Plaintiff believes that Defendant's failure to participate is deliberate and with the expectation that the Court will continue the trial date.

## PLAINTIFF'S EXHIBITS

| NO. OF EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1. | Plaintiff's Complaint | | |
| 2. | Defendant's Answer | | |
| 3. | Plaintiff's First Amended Complaint | | |
| 4. | Photographs of the Property, taken by Marc Friedlander on October 21, 2020 | | |
| 5. | Copy of Plaintiff's Disability parking placard | | |
| 6. | Copy of Plaintiff's redacted medical record | | |

| | | | |
|---|---|---|---|
| 7. | Copy of the Property Deed | | |
| 8. | Copy of the Articles of Organization of a Limited Liability Company for S & E 896 Enterprise, LLC filed March 26, 2014 with the Secretary of State of the State of California | | |
| 9. | Copy of the Statement of Information (Limited Liability Company) for S & E 896 Enterprise, LLC filed May 3, 2016 with the Secretary of State of the State of California | | |
| 10. | Copy of the Secretary of State Statement of No Change (Limited Liability Company) for S & E 896 Enterprise, LLC filed November 14, 2019 with the Secretary of State of the State of California | | |

3    Case No. 2:20-cv-06383-SVW-PVC
PRETRIAL EXHIBIT STIPULATION

## DEFENDANT'S EXHIBITS

| NO. OF EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
|  | None identified by Defendant |  |  |

Dated:  January 4, 2021         THE LAW OFFICE OF HAKIMI & SHAHRIARI


                      By:   */s/ Anoush Hakimi*
                           Anoush Hakimi, Esq.
                           Attorneys for Plaintiff, James Shayler