**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES SHAYLER,<br><br>            Plaintiff,<br><br>      v.<br><br>S&E 786 ENTERPRISE, LLC, a California Limited Liability Company; and DOES 1-10,,<br>            Defendants. | Case No.: 2:20-cv-06383-SVW-PVC<br><br>*Hon. Stephen V. Wilson*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: July 17, 2020<br>Trial Date:    Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff James Shayler's ("Plaintiff") action against Defendant S & E 786 Enterprise LLC ("Defendant") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated: February 22, 2021

Hon. Stephen V. Wilson
United States District Judge
Central District of California